

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT  
CLERK

Tel.  (513) 564-7000  
www.ca6.uscourts.gov

April 25, 2017

Mr. Joshua E. Anderson  
Ms. Erin G. Barnhart  
Mr. Allen L. Bohnert  
Ms. Alycia A. Degen  
Mr. Mark E. Haddad  
Mr. James A. King  
Ms. Lisa M. Lagos  
Ms. Jocelyn Kelly Lowe  
Mr. Thomas E. Madden  
Mr. Adam P. Micale  
Ms. Katherine Elizabeth Mullin  
Mr. Eric E. Murphy  
Mr. Peter T. Reed  
Ms. Katherine A. Roberts  
Mr. Adam M. Rusnak  
Mr. Timothy F. Sweeney  
Mr. Collin P. Wedel  
Ms. Vicki R. Wernecke  
Mr. Charles L. Wille  
Ms. Hannah Carrigg Wilson  
Ms. Nadia Wood

          RE:   Case No. 17-3076
                *In re: Ohio Execution Protocol Litigation*

Dear Counsel:

    The court issued an order today granting rehearing en banc in the above-captioned appeal.

    This case will be argued before the en banc court on Wednesday, June 14, 2017. In order to facilitate review by the full court, it will be necessary for the parties to file supplemental briefs in support of their respective positions. The appellants shall file their supplemental brief not later than Wednesday, May 10, 2017. The appellees shall file their supplemental brief not later than Thursday, May 25, 2017. The supplemental briefs shall not exceed twenty-five (25) pages. There shall be no reply brief filed in this case.

No extensions will be granted.

Deborah S. Hunt
Clerk

bh